United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 30, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-10837
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON CHAVEZ-RAMIREZ, also known as Ramon Chavez,
also known as Raymon Chavez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:06-CR-19
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Ramon Chavez-Ramirez (Chavez-Ramirez) appeals his conviction

and sentence for illegal reentry. He argues that the district

court misapplied the Sentencing Guidelines by characterizing his

state felony conviction for possession of a controlled substance

as an "aggravated felony" under U.S.S.G. § 2L1.2(b)(1)(C).

Given the Supreme Court's recent decision in <u>Lopez v.</u>

<u>Gonzalez</u>, 127 S. Ct. 625 (2006), Chavez-Ramirez's argument, as

conceded by the Government, has merit. <u>See</u> <u>United States v.</u>

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Estrada-Mendoza</u>, 475 F.3d 258, No. 05-41627, 2007 WL 6583, *2 (5th Cir. Jan. 3, 2007). Accordingly, Chavez-Ramirez's sentence is vacated, and the case is remanded for resentencing in light of <u>Lopez</u>.

Because the Government has conceded that he is entitled to resentencing based on the district court's erroneous § 2L1.2(b)(1)(C) enhancement, Chavez-Ramirez requests that he be allowed to withdraw the remaining issues raised on appeal. His motion to withdraw and remand should be granted.

AFFIRMED IN PART; VACATED IN PART AND REMANDED; MOTION GRANTED.